IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMY WRIGHT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19cv00541 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| OFFICER GRIFFIN, <u>et al.</u>, | ) | By: Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

Plaintiff Jeremy Wright, a Virginia inmate proceeding <u>pro se</u>, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 16, 2019, defendants filed a motion for summary judgment and, on December 17, 2019, the court issued a notice pursuant to <u>Roseboro v. Garrison</u>, 528 F.2d 309, 310 (4th Cir. 2005). <u>See</u> ECF Nos. 12 and 14. The <u>Roseboro</u> notice gave Wright twenty-one days to file a response to the motion and advised him that, if he did not respond, the court would "assume that Plaintiff has lost interest in the case, and/or that Plaintiff agrees with what the Defendant[s] states in their responsive pleading(s)." <u>See</u> ECF No. 14. The notice further advised Wright that, if he wished to continue with the case, it was "necessary that Plaintiff respond in an appropriate fashion," and that if he failed to file some response within the time allotted, the court "may dismiss the case for failure to prosecute." <u>Id.</u> Wright did not respond to the motion for summary judgment. Therefore, the court will dismiss Wright's complaint without prejudice for failure to prosecute.

**ENTER**: This 28th day of January, 2020.

/s/ Michael F. Urbanski
Chief United States District Judge